No. 809. BUSÓ ET AL. *v.* BUSÓ ET AL.—Appeal from the District Court of Humacao. Motion to dismiss appeal on the ground that the transcript of the record was not sent up. Decided February 19, 1912. Motion overruled for the reason that the transcript of the record had been presented by consent of the mover. *Mr. Manuel Tous Soto* for appellants. *Mr. Herminio Díaz Navarro* for respondents.

No. 810. BUSÓ ET AL. v. MARTÍNEZ.—Appeal from the District Court of Humacao. Motion to dismiss the appeal on the ground that the transcript of the record was not sent up. Decided February 19, 1912. Motion overruled because the transcript had been presented by the consent of the mover. *Mr. Manuel Tous Soto* for appellants. *Mr. Herminio Díaz Navarro* for respondent.

No. 814. TORRES *v.* COBIÁN ET AL.—Appeal from the District Court of San Juan, Section 2. Motion to dismiss appeal on the ground that the transcript of the record was not sent up. Decided February 19, 1912. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure as amended by Act of March 9, 1911. *Mr. José L. Pesquera* for appellant. *Mr. Eugenio Benítez Castaño* for respondents.

No. 414. THE PEOPLE *v.* GONZÁLEZ.—Appeal from the District Court of Humacao. Decided February 23, 1912. Judgment affirmed. The appellant did not appear. *Mr. Charles E. Foote, fiscal,* for respondent.

No. 415. THE PEOPLE *v.* RIVERA ET AL.—Appeal from the District Court of San Juan, Section 2. Decided February 23, 1912. Judgment affirmed. The appellant did not appear. *Mr. Charles E. Foote, fiscal,* for respondent.